UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
                                     )
UNITED STATES OF AMERICA             )
     Plaintiff,                     )
                                     )
v.                                   )    Civil Action No: 1:24-CV-11548
                                     )
JCL HOME IMPROVEMENT, INC.           )
     Defendant.                     )
_____ )

## COMPLAINT

### JURISDICTION

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

### PARTIES

2. Plaintiff is the United States of America, acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury"). The debt was referred to Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3. Defendant, JCL HOME IMPROVEMENT, INC. is a Massachusetts corporation having a principal place of business at 183 Maynard Street, Springfield, MA 01109.

### COUNT I

4. On or about May 2, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Andover, MA office conducted an inspection of the Defendant's job site located at 70 Russell Street, Hadley, MA 01035.

5.      On or about August 6, 2020, OSHA issued a three-item citation  serious, willful and repeat citation, and a notification of penalty (citation) is attached as **Exhibit A.** The total proposed penalty was $70,014.00.

6.      The Defendant received the citation on September 10, 2020, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

7.      As of July 5, 2023, the Defendant is indebted to the United States in the amount of $120,117.93 for Claim no. TRFM13194916 calculated as follows:


**First Cause of Action - Claim No. TRFM13194916**

Principal:              $70,014.00

Interest (at 1.00%)     $2,654.93

Penalty (at 6.00%)      $15,579.55

Admin fees:             $31,869.45

Total:                  $120,117.93


8.      On or about June 21, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Springfield, MA office conducted an inspection of the Defendant's job site located at 93 Westmoreland Avenue, Longmeadow, MA 01106.

9.      On or about August 12, 2019, OSHA issued a two-item serious citation one, one-item willful citation two, a three-item repeat citation three and a notification of penalty (citation) is attached as **Exhibit B.** The total proposed penalty was $62,304.00.

10.     The Defendant received the citation on August 12, 2019, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

11.     As of July 5, 2023, the Defendant is indebted to the United States in the amount of $106,893.45 for Claim no. TRFM13194931 calculated as follows:

### Second Cause of Action - Claim No. TRFM13194931

| | |
|---|---|
| Principal: | $62,304.00 |
| Interest (at 1.00%) | $2,362.57 |
| Penalty (at 6.00%) | $13,863.92 |
| Admin fees: | $28,362.92 |
| Total: | $106,893.45 |

8.      On or about January 28, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Springfield, MA office conducted an inspection of the Defendant's job site located at 60 Salem Road, Longmeadow, MA 01106.

9.      On or about April 9, 2019, OSHA issued a one-item serious citation, one-item willful citation, one-item repeat citation and a notification of penalty (citation) is attached as **Exhibit C.** The total proposed penalty was $42,300.00.

10.     The Defendant received the citation on April 9, 2019, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

11.     As of July 5, 2023, the Defendant is indebted to the United States in the amount of $73,963.59 for Claim no. TRFM12032831 calculated as follows:

### Third Cause of Action - Claim No. TRFM12032831

| | |
|---|---|
| Principal: | $42,300.00 |
| Interest (at 1.00%) | $1,768.78 |
| Penalty (at 6.00%) | $10,263.25 |
| Admin fees: | $19,631.56 |
| Total: | $73,963.59 |

8.    On or about December 20, 2018, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Springfield, MA office conducted an inspection of the Defendant's job site located at 78 Williams Street, Longmeadow, MA 01106.

9.    On or about April 2, 2019, OSHA issued a one-item willful citation, a one item repeat citation and a notification of penalty (citation) is attached as **Exhibit D.** The total proposed penalty was $37,294.00.

10.    The Defendant received the citation on April 2, 2019, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

11.    As of July 5, 2023, the Defendant is indebted to the United States in the amount of $66,467.45 for Claim no. TRFM12033235 calculated as follows:

### Fourth Cause of Action - Claim No. TRFM12033235

| | |
|---|---|
| Principal: | $37,294.00 |
| Interest (at 1.00%) | $1,585.79 |

Penalty (at 6.00%)              $9,313.72

Admin fees:                     $17,643.94

Total:                          $66,467.45

8.  On or about May 2, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Springfield, MA office conducted an inspection of the Defendant's job site located at 70 Russell Street, Hadley, MA 01035.

9.  On or about December 11, 2019, OSHA issued a two-item repeat citation, and a notification of penalty (citation) is attached as **Exhibit E.** The total proposed penalty was $1,276.00.

10. The Defendant received the citation on December 11, 2019, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

11. As of July 5, 2023, the Defendant is indebted to the United States in the amount of $2,227.89 for Claim no. TRFM13707756 calculated as follows:

### **Fifth Cause of Action - Claim No. TRFM13707756**

Principal:                      $1,276.00

Interest (at 2.00%)             $86.89

Penalty (at 6.00%)              $254.27

Admin fees:                     $610.73

Total:                          $2,227.89

8.      On or about June 21, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Springfield, MA office conducted an inspection of the Defendant's job site located at 93 Westmoreland Avenue, Longmeadow, MA 01106.

9.      On or about December 10, 2019, OSHA issued a two-item repeat citation, and a notification of penalty (citation) is attached as **Exhibit F.** The total proposed penalty was $1,276.00.

10.     The Defendant received the citation on December 10, 2019, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

11.     As of July 5, 2023, the Defendant is indebted to the United States in the amount of $2,227.89 for Claim no. TRFM13707760 calculated as follows:

### Sixth Cause of Action - Claim No. TRFM13707760

| | |
|---|---|
| Principal: | $1,276.00 |
| Interest (at 2.00%) | $86.89 |
| Penalty (at 6.00%) | $254.27 |
| Admin fees: | $610.73 |
| Total: | $2,227.89 |

8.      On or about December 20, 2018 - January 10, 2019, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Springfield, MA

office conducted an inspection of the Defendant's job site located at 78 Williams Street, Longmeadow, MA 01106.

9.  On or about July 23, 2019, OSHA issued a two-item  other - than - serious citation, and a notification of penalty (citation) is attached as **Exhibit G.** The total proposed penalty was $638.00.

10.  The Defendant received the citation on July 23, 2019, but did not file a timely notice of contest nor did the Defendant make a timely penalty payment.

11.  As of July 5, 2023, the Defendant is indebted to the United States in the amount of $1,123.24 for Claim no. TRFM12644678 calculated as follows:

### Seventh Cause of Action - Claim No. TRFM12644678

| | |
|---|---|
| Principal: | $638.00 |
| Interest (at 1.00%) | $24.38 |
| Penalty (at 6.00%) | $143.03 |
| Admin fees: | $317.83 |
| Total: | $1,123.24 |

8.  On or about March 23, 2022, the U.S. Department of Labor- Occupational Safety and Health Administration's (hereinafter "OSHA") Andover, MA office conducted an inspection of the Defendant's job site located at 3 & 4 Oceans Walk, Plymouth, MA 02360.

9.  On or about May 23, 2022, OSHA issued a one-item serious citation, and a notification

of penalty (citation) is attached as **Exhibit H.** The total proposed penalty was $638.00

10.     The Defendant received the citation on July 12, 2022, but did not file a timely notice of

contest nor did the Defendant make a timely penalty payment.

11.     As of July 5, 2023, the Defendant is indebted to the United States in the amount of

$1,123.24 for Claim no. TRFM12644687 calculated as follows:


### Eighth Cause of Action - Claim No. TRFM12644687

| | |
|---|---|
| Principal: | $638.00 |
| Interest (at 1.00%) | $24.38 |
| Penalty (at 6.00%) | $143.03 |
| Admin fees: | $317.83 |
| Total: | $1,123.24 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit I** and

incorporated herein by this reference.

The Defendant has failed to pay the aforesaid sums although demand has been duly

made.

WHEREFORE the United States demands judgment against the Defendant for

$374,144.68, plus interest from July 5, 2023, and for such other and further relief as this

Court deems fair and reasonable.


Dated: June 13, 2024


The United States of America

By its attorneys[1]:

    /s/ *John O. Postl*

John O. Postl, BBO# 567729
Schuerger Law Group
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, Ohio 43229
jpostl@schuergerlaw.com
Phone No. 614-824-5731
Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.